# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-cr-440 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MICHAEL LEE MULLINS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on July 30, 2019 and a supplemental report was filed on August 19, 2019. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Burke reported that a supervised release violation hearing was held on September 6, 2019. The defendant admitted to the following violations:

      1. Unauthorized Use of Drugs;
      2. Failure to Comply with Random Drug Testing;
      3. Failure to Comply with Drug Treatment;
      4. Failure to Notify of Contact with Law Enforcement Within 72 Hours;
      5. New Law Violation.

The magistrate judge filed a report and recommendation on September 6, 2019, in which the magistrate judge recommended that the Court find that the defendant has

violated the conditions of his supervised release.

A final supervised release violation hearing was conducted on September 30, 2019. Defendant Michael Lee Mullins was present and represented by Attorney Carlos Warner. The United States was represented by Assistant United States Attorney Damoun Delaviz. United States Probation Officer Donald Stranathan was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release as set forth in the report and supplemental report.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of eight (8) months with credit for time served to date. The Court recommends that the defendant be placed at FCI Elkton and that the defendant be considered for placement pursuant to the Second Chance Act. The restitution ordered in the judgment order filed on December 19, 2012 is reimposed. (The defendant shall pay remaining restitution in the amount of $53,202.12, to CSX Transportation under the same terms as previously ordered.) Upon the defendant's release from the custody of the Bureau of Prisons, the offender shall cooperate with the Financial Litigation Unit of the U.S. Attorney's Office to make restitution payments until such time as the restitution is paid in full.

No Supervised Release to follow.

**IT IS SO ORDERED**.

Dated: September 30, 2019

                                                                        _____
                                                                        **HONORABLE SARA LIOI
                                                                        UNITED STATES DISTRICT JUDGE**